IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LASI-K, LLC, et al.,

    Plaintiffs,

v.

DES FRANCHISE, INC.,

    Defendant.

CIVIL ACTION NO.

1:09-CV-2370-JEC

### ORDER

The above entitled civil action is presently before the Court on defendant's Motion to Compel Arbitration and Dismiss or Alternatively Stay or Dismiss Plaintiffs' Complaint in Its Entirety [3], filed on August 28, 2009.

Defendant's motion indicates that the dispute in this case arises out of a franchise agreement between the parties. Defendant further agrees that this franchise agreement contains an arbitration clause that requires the parties to arbitrate the present dispute.

Plaintiffs have filed no response. Pursuant to Local Rule 7.1B, the Court therefore deems defendant's motion to be unopposed.

IT IS HEREBY ORDERED that defendant's Motion to Compel Arbitration [3] is **GRANTED**. This action is stayed pursuant to 9 U.S.C. § 3. The Clerk is directed to administratively terminate the action. The parties may choose to reopen the action, if any future

involvement of this Court is appropriate, within thirty (30) days of an award by arbitration.

SO ORDERED, this __13__ day of OCTOBER, 2009.

_____
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE